IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIM GUNTER**,<br><br>*Plaintiff,*<br><br>v.<br><br>**DREXEL UNIVERSITY**,<br><br>*Defendant.* | **Case No. 2:24-cv-01443-JDW** |

### ORDER

**AND NOW**, this 11th day of July, 2024, I note as follows.

1. Plaintiff Kim Gunter filed her initial Complaint against Defendant Drexel University on April 8, 2024.

2. On June 18, 2024, I ordered that Ms. Gunter must serve Drexel by July 8, 2024, pursuant to Federal Rule of Civil Procedure 4(m). In that same Order, I put Ms. Gunter on notice that if she failed to file proof of service by that deadline without demonstrating good cause for her failure, then I would dismiss this matter.

3. To date, Ms. Gunter has not filed proof of service. Instead, she filed an Amended Complaint. However, absent adding new defendants, the filing of an Amended Complaint does not constitute good cause for extending the service deadline.

4. To the extent Ms. Gunter believes that filing the Amended Complaint reset the service deadline under Rule 4(m), she is mistaken. Of course, "[i]t is blackletter law that

'[f]iling an amended complaint does not toll the Rule 4(m) service period' for an original complaint." *Moore v. Walton*, 96 F.4th 616, 626 (3d Cir. 2024) (quotation omitted). And "the [90]–day period provided by Rule 4(m) is not restarted by the filing of an amended complaint ...." *Bolden v. City of Topeka, Kan.*, 441 F.3d 1129, 1148 (10th Cir. 2006).

Therefore, it is **ORDERED** that Ms. Gunter's Amended Complaint against Drexel is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.