## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIM GUNTER**, *Plaintiff,* v. **DREXEL UNIVERSITY**, *Defendant.* | **Case No. 2:24-cv-01443-JDW** |

### ORDER

**AND NOW**, this 12th day of July, 2024, upon consideration of Kim Gunter's Motion For Relief From Judgment (ECF No. 7) Pursuant To Rule 60(b) (ECF No. 8), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.